No. 16,960.

JETT v. CRAMER.

(261 P. [2d] 720)

Decided October 5, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. GORDON & GORDON, for plaintiff in error.

Messrs. TODD & STATLER, Mr. WILKIE HAM, for defendant in error.